1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

5

6 | CATHERINE BLOOM
Law Clerk

7 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

8 | Telephone: (415) 436-7200 (San Francisco)
Fax: (415) 436-7234

9

Attorneys for Plaintiff

**Chambers Copy – Do Not E-File** (struck through)

**FILED**

FEB 0 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No.: CR No. 07-0012 MEJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) | |
| KANESHAEIA BOYD, | ) | |
| Defendant. | ) | |

On February 6, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 6, 2007 to February 27, 2007 for effective preparation of defense counsel to review the discovery for the case and consult with the defendant. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

Stipulation and [Proposed] Order

1  The parties also agreed that the ends of justice served by granting such a continuance
2  outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §
3  3161(h)(8)(A).
4  SO STIPULATED:

5  KEVIN V. RYAN
   United States Attorney

6
          02/06/07                    /s/ Derek R. Owens
7  DATED: _____       _____
                                 DEREK R. OWENS
8                                Special Assistant United States Attorney

9         02/07/07                    /s/ Steve Kalar
   DATED: _____       _____
10                               STEVE KALAR
                                 Attorney for Defendant
11

12     As the Court found on February 6, 2007, and for the reasons stated above, the Court finds
13  that the ends of justice served by the continuance outweigh the best interests of the public and
14  the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15  calculations from February 6, 2007 to February 27, 2007 for effective preparation of defense
16  counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the
17  requested continuance would deny counsel reasonable time necessary for effective preparation
18  and continuity of counsel, taking into account the exercise of due diligence, and would result in a
19  miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

20

21  SO ORDERED.
22  DATED: 2-9-07
                                 _____
23                               MARIA-ELENA JAMES
                                 United States Magistrate Judge
24
25
26
27
28

Stipulation and [Proposed] Order